# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                            Chapter 13

                            Bankruptcy No. 19-11618-MDC

MICHELLE Y GILLYARD

147 FERN STREET

PHILADELPHIA, PA 19120-

        Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MICHELLE Y GILLYARD

    147 FERN STREET

    PHILADELPHIA, PA 19120-

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL D. SAYLES ESQ
    427 W. CHELTENHAM AV
    SUITE 2
    ELKINS PARK, PA 19027-3291

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                           /s/ William C. Miller

Date: 6/18/2019

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee