UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Michelle Gillyard** : CHAPTER 13
:
:
DEBTOR : BANKRUPTCY NO.: **19-11618\MDC**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the **Debtor's Amended Chapter 13 Plan** was served by Electronic Means & UNITED STATES, FIRST CLASS MAIL, POSTAGE PREPAID, this **21**th day of **August 2019** to:

William Miller, Esquire
PO Box 40119
Philadelphia, PA 19106

**All Creditors listed on attached mailing matrix.**

By: \s\ **Michael D. Sayles, Esquire**
Michael D. Sayles, Esquire