IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Michelle Gillyard**     **)**     Chapter 13
                                 **)**
                                 **)**
    Debtor                       **)**
                                 **)**     Bankruptcy No.: **19-11618\mdc**

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to Counsel's Application for Compensation.

Date: **September 23, 2019**     Respectfully Submitted,

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue, Suite #2
Elkins Park, PA  19027
215-635-2270 (phone)
215-424-1263 (fax)
midusa1@comcast.net