# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michelle Gillyard aka Michell Y. Lindsey<br>                              Debtor(s)<br><br>U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), its successors and/or assigns<br>                              Movant<br>                vs.<br><br>Michelle Gillyard aka Michell Y. Lindsey<br>                              Debtor(s)<br><br>William C. Miller Esq.<br>                              Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-11618 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), which was filed with the Court on or about **June 14, 2019, docket number 18**.

                                                        Respectfully submitted,

                                                    By: **/s/ Kevin G. McDonald, Esquire**
                                                        Kevin G. McDonald, Esquire
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA  19106
                                                        215-627-1322
                                                        Attorney for Movant/Applicant

October 22, 2019