UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Michelle Gillyard**              )         Chapter 13
                                           )
                                           )
    Debtor                                 )
                                           )         Bankruptcy No.: **19-11618**

ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $4,000.00 |
| Total Cost Award: | $00.00 |
| Amounts already paid by Debtor: | $500.00 |
| Net amount to be paid by Trustee: | **$3,500.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

Dated: December 5, 2019

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Copies to:

Michael D. Sayles, Esquire
427 W. Cheltenham Avenue
Elkins Park, PA  19027

William Miller, Esquire
PO Box 40119
Philadelphia, PA 19107