# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 19-11618-MDC

MICHELLE Y GILLYARD

147 FERN STREET

PHILADELPHIA, PA 19120-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  MICHELLE Y GILLYARD

  147 FERN STREET

  PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

  MICHAEL D. SAYLES ESQ
  427 W. CHELTENHAM AV
  SUITE 2
  ELKINS PARK, PA 19027-3291

                                  /S/ William C. Miller

Date: 2/7/2020                       _____

                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee