**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHELLE Y GILLYARD | Chapter 13 |
| Debtor | Bankruptcy No. 19-11618-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

March 12, 2020

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL D. SAYLES ESQ
427 W. CHELTENHAM AV
SUITE 2
ELKINS PARK, PA 19027-3291

Debtor:
MICHELLE Y GILLYARD

147 FERN STREET

PHILADELPHIA, PA 19120-