United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-11618-mdc
Michelle Y. Gillyard                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia         Page 1 of 2         Date Rcvd: Mar 12, 2020
                            Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db              +Michelle Y. Gillyard,    147 Fern Street,    Philadelphia, PA 19120-1954
14288804        +KML Law Group, PC,    Suite 5000-Mellon Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14288805         PECO-Payment Processing,    PO Box 37629,    Philadelphia, PA 19101-0629
14288807         Philadelphia Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
14288808        +Philadelphia Gas Works,    ATTN: Bankruptcy Department 3F,    800 West Montgomery Avenue,
                 Philadelphia, PA 19122-2898
14288809         Pressler and Presler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
14331514        +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg, PA 17101-1406
14288811        +US Bank National Association,    Trustee for PHFA,    c/o Kevin G. McDonald, Esquire,
                 KML Law Group,  P.C.,   701 Market Street, Suite 5000,    Phila., PA 19106-1541
14288810        +US Bank National Association,    111 East Wacker Drive, Suite 3000,    Chicago, IL 60601-4803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Mar 13 2020 03:12:05    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 13 2020 03:11:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 13 2020 03:11:58    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14316372         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 13 2020 03:18:20
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14288800         E-mail/Text: megan.harper@phila.gov Mar 13 2020 03:12:05    City of Philadelphia,
                 Law Department-Bankruptcy Unit,    Municipal Services Building,    1401 JFK Boulevard, 5th Floor,
                 Philadelphia, PA 19102-1595
14369695        +E-mail/Text: megan.harper@phila.gov Mar 13 2020 03:12:05
                 CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
14288801        +E-mail/Text: convergent@ebn.phinsolutions.com Mar 13 2020 03:11:58    Convergent Outsourcing,
                 800 SW 39th St,    Renton, WA 98057-4927
14288803         E-mail/Text: mrdiscen@discover.com Mar 13 2020 03:11:22    Discover Bank,    P.O. Box 8003,
                 Hilliard, OH 43026
14288806        +E-mail/Text: blegal@phfa.org Mar 13 2020 03:11:51    Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14288812         E-mail/Text: megan.harper@phila.gov Mar 13 2020 03:12:04    Water Revenue Bureau,
                 Philadelphia Department of Revenue,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 10

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14288802         ##+Dan's Auto Sales Inc.,    6450 Harbison Avenue,    Philadelphia, PA 19149-3036
                                                                            TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Mar 14, 2020                              Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: Virginia          Page 2 of 2          Date Rcvd: Mar 12, 2020
                             Form ID: pdf900          Total Noticed: 19

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association (Trustee for the
          Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
          MICHAEL D. SAYLES    on behalf of Debtor Michelle Y. Gillyard midusa1@comcast.net,
          michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 5

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    Chapter 13
MICHELLE Y GILLYARD


                    Debtor            Bankruptcy No. 19-11618-MDC

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.




March 12, 2020

_____
                              Magdeline D. Coleman
                              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL D. SAYLES ESQ
427 W. CHELTENHAM AV
SUITE 2
ELKINS PARK, PA 19027-3291


Debtor:
MICHELLE Y GILLYARD

147 FERN STREET

PHILADELPHIA, PA 19120-